# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America )<br>v. )<br>Jahtel Williamson )<br>)<br>a/k/a "Jahtel Shane Williamson" )<br>a/k/a "Tizzy" )<br>) <br>*Defendant(s)* | Case No.<br>1:21MJ75-1 |

**FILED**
in the Middle District of North Carolina
**February 26, 2021
1:39 pm**
Clerk, US District Court
By: _____dmk_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 22, 2021 in the county of Durham in the Middle District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 3184 | Fugitive from a foreign country to the United States |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

/s Tanner Kroeger 2.26.21
*Complainant's signature*

Tanner Kroeger, AUSA
*Printed name and title*

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 02/26/2021  12:30pm

City and state: Durham, North Carolina

*Judge's signature*

Joe L. Webster, United States Magistrate Judge
*Printed name and title*